**Order entered July 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00131-CR

**JEREMY DALE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80583-2017**

## ORDER

The reporter's record in the above appeal was due May 26, 2018. When it was not filed, we notified court reporter Antoinette Verla by postcard dated May 30, 2018 and directed her to file, by June 29, 2018, (1) the reporter's record, (2) written verification that no hearings were recorded, or (3) written verification that appellant had not requested the reporter's record. To date, the reporter's record has not been filed and we have had no communication from Ms. Varela. We note that the clerk's record, filed May 24, 2018, reflects appellant is indigent and the proceedings were recorded by a court reporter but does not contain a request for the reporter's record.

We **ORDER** court reporter Antoinette Varela to file, **WITHIN TWENTY DAYS** of the date of this order, (1) the reporter's record or (2) written verification that appellant has not

requested the reporter's record.  Ms. Varela is cautioned that the failure to comply with this Court's order will result in the Court taking whatever action it deems appropriate to ensure that this appeal proceeds in a more timely fashion, which may include ordering that Ms. Varela not sit as a court reporter until she complies with the Court's order.

We **DIRECT** the Clerk to send copies of this order to the Presiding Judge, 366th Judicial District Court; Antoinette Varela, official court reporter, 366th Judicial District Court; and to counsel for all parties.

/s/     CRAIG STODDART
           JUSTICE